UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. WHITE,<br><br>    Petitioner,<br> vs.<br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. ED CV 11-1931 CAS (MRW)<br><br>JUDGMENT |

 Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

 IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: November 15, 2012

_____
HON. CHRISTINA S. SNYDER
UNITED STATES DISTRICT JUDGE